Jill E. HANSEN, Respondent/Cross-Appellant,

v.

DAYTON'S, n/k/a Macy's, Self-Insured, Relator/Cross-Respondent,

and

John G. Stark, M.D., P.A., Hennepin Faculty Associates, and RS Medical, Intervenors,

and

Medica Health Plans, Intervenor-Respondent.

No. A11–0432.

Supreme Court of Minnesota.

Aug. 26, 2011.

Mark J. Freeman, Fitch, Johnson, Larson & Held, Minneapolis, MN, for respondent/cross-appellant.

Timothy P. Jung, Lind, Jensen, Sullivan & Peterson, P.A., Minneapolis, MN, for relator/cross-respondent.

M. Shannon Peterson, McCollum, Crowley, Moschet, Miller & Laak, Ltd., Minneapolis, MN, for intervenor-respondent.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed February 2, 2011, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (explaining that [s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view,

doing no more than establishing the law of the case).

BY THE COURT:

/s/Paul H. Anderson
Associate Justice